UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 1 0 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Leslie Marlin Scholl,            )
                                 )
    Plaintiff,                   )
                                 )
        v.                       )   Case: 1:14-cv-01003
                                 )   Assigned To  Collyer, Rosemary M
                                 )   Assign. Date : 2/10/2015
Various Agencies of the Federal  )   Description  SCHOLL v. VARIOUS AGENCIES, ET AL
Government and Project Disarm    )
Task Force Entities *et al.*,    )
                                 )
    Defendants.                  )
_____  )

## ORDER

In view of the plaintiff's submission of his prison trust fund account statement, it is this 9th day of February 2015,

ORDERED that plaintiff's Motion for Reconsideration and Reinstatement [Dkt. # 13] is GRANTED, and the December 5, 2014 Order [Dkt. # 12] is VACATED; it is further

ORDERED that the Clerk of Court shall randomly assign this Freedom of Information Act case to a district judge for further proceedings, and issue summonses to the agencies and agency components listed at page six of the Complaint. A separate order assessing a partial filing fee and granting plaintiff's *in forma pauperis* status will issue contemporaneously.

United States District Judge